```
                           United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                             Case No. 18-03482-RNO
Christine A Wray                                                   Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: admin                 Page 1 of 1                  Date Rcvd: Dec 13, 2018
                               Form ID: 318                Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
```
db             +Christine A Wray,    15501 Hares Valley Road,    Mapleton Depot, PA 17052-9523
5098203        +Cawley & Bergmann, LLP,    117 Kinderkamack Road, Suite 201,    River Edge, NJ 07661-1916
5098206        +Clearfield Bank & Trust Company,    11 N. 2nd Street,    P.O. Box 171,
                 Clearfield, PA 16830-0171
5098210        +Nationstar Mortgage dba Mr. Cooooper,     8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
5098211         PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5098201         EDI: AMEREXPR.COM Dec 14 2018 00:33:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
5098202        +EDI: TSYS2.COM Dec 14 2018 00:30:00      Barclay's Bank Delaware,    ATTN: Bankruptcy Department,
                 P.O. Box 8833,    Wilmington, DE 19899-8833
5098205         EDI: CITICORP.COM Dec 14 2018 00:33:00      Citibank,    Attn: Centralized Bankruptcy,
                 P.O. Box 20363,    Kansas City, MO 64195
5098204        +EDI: CHASE.COM Dec 14 2018 00:32:00      Chase,    Attn: Bankruptcy Department,    P.O. Box 15145,
                 Wilmington, DE 19850-5145
5098207         EDI: DISCOVER.COM Dec 14 2018 00:32:00      Discover Financial Services,
                 Attn:  Bankruptcy Services,    P.O. Box 3025,    New Albany, OH 43054-3025
5098208         E-mail/Text: bankruptcynotice@fcbanking.com Dec 13 2018 19:19:30      First Commonwealth Bank,
                 P.O. Box 537,    Indiana, PA 15701-0537
5098209        +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Dec 13 2018 19:20:05
                 JH Portfolio Debt Equities LLC,    5757 Phantom Drive,    Suite 225,    Hazelwood, MO 63042-2429
5098833        +EDI: PRA.COM Dec 14 2018 00:25:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5098212        +EDI: RMSC.COM Dec 14 2018 00:34:00      Synchrony Bank-Lowes,    Attn: Bankruptcy Department,
                 PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              Leah M Stump    on behalf of Debtor 1 Christine A Wray lstump@shepleylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **Christine A Wray** | Social Security number or ITIN xxx–xx–2302 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:18–bk–03482–RNO**

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christine A Wray

**By the court:**   *[signature]*

December 13, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**